IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.

KEDEM, LLC, a Florida limited liability
company,

               Plaintiff,

v.

                                            JURY DEMAND

TEAM INTERNATIONAL GROUP
OF AMERICA, Inc., a Florida company
(d/b/a Kalorik),

               Defendant.

_____/

## COMPLAINT

Plaintiff, KEDEM, LLC ("KEDEM"), by its undersigned attorneys, sues Defendant,

TEAM INTERNATIONAL GROUP OF AMERICA, INC. (d/b/a Kalorik), a Florida corporation

("TIGA") and alleges as follows:

## <u>JURISDICTION AND VENUE</u>

1.      KEDEM is a limited liability company organized and existing under the laws of

the State of Florida and has its principal place of business in Hallandale, Florida.

2.      TIGA is a Florida corporation with its principal place of business in Miami-Dade

County, Florida.

3.      This is a civil action for patent infringement, breach of contract, federal unfair

competition, false description and false designation of origin, common law unfair competition

and trademark infringement, civil action for fraudulent registration, cancellation of Defendant's

U.S. trademark registration, and misappropriation of trade secrets.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

4.      This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 (Lanham Act), 28 U.S.C. § 1331 (federal question), and 28 U.S.C. § 1338 (patent, trademark and unfair competition).

5.      This Court has personal jurisdiction over Defendant as it is a Florida company that resides in this judicial district.

6.      Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(b)(1), where both parties reside, 28 U.S.C. § 1400(b), where Defendant has engaged in acts of patent infringement within this Judicial District, said acts being a subject of this Complaint, and where the parties agreed to file suit in the underlying contract.

GENERAL ALLEGATIONS

7.      In or around 2008, KEDEM began the process of inventing an innovative appliance to cook elongated food products, mainly eggs, in a vertical device.

8.      KEDEM had prepared and filed various U.S. and foreign utility and design patent applications directed to different embodiments for his invention.

9.      United States Design Patent No. D686,869 (the "'869 patent") was duly and legally issued on July 30, 2013 for an assembly for cooking elongated food products.  A true and correct copy of the '869 patent is attached hereto as Exhibit A.

10.      KEDEM is the sole assignee and, as such, is the sole owner of all right, title, and interest in and to the '869 patent, and the '869 patent is valid and fully enforceable.

11.      On August 26, 2010 KEDEM filed U.S. Trademark, Application Serial No. 85/116,416 for the mark "EGGMASTER" and Design for cooking devices for preparing molded food products, namely, electric egg cookers, electric food cookers, and cookery molds. A true

2

COFFEY BURLINGTON

and correct copy of U.S. Trademark Application Serial No. 85/116,416 is attached hereto as Exhibit B.

12.     On or about December 16, 2011, KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" (hereinafter "Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit C.

13.     Under the terms of the Agreement, TIGA acknowledges *inter alia* that: "KEDEM has developed a new, unique and patent pending Eggmaster$^{TM}$ line of cooking products"; and that KEDEM is the "sole owner of the exclusive intellectual property rights in and to the Eggmaster$^{TM}$ line of cooking products."

14.     Section 2.1 of the Agreement defines "Product" as "embodiments of the Eggmaster$^{TM}$ cooking product having no more than one mold chamber in which a food item may be cooked."

15.     In exchange for a royalty under the terms of the Agreement, KEDEM granted "TIGA an exclusive license to design, manufacture, market, sell and distribute the Product, as defined herein, in all 'Consumer Channels of Distribution' in the United States of America and its territories" during the term of the Agreement.

16.     The Agreement contains a trademark license, Section 5.3, whereby KEDEM granted TIGA "the exclusive, non-transferable right, license, and privilege to advertise, use, promote, market, distribute, and sell under KEDEM's trademark…" during the term of the Agreement.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

17.     Under Section 5.7 of the Agreement the parties agreed that "KEDEM shall own all right, title, and interest to any additional trademark(s) or Trade Dress… for the Product, whether created by KEDEM or TIGA".

18.     The Agreement contains a patent license, Section 5.4, whereby KEDEM granted TIGA "the exclusive, non-transferable right, license, and privilege under KEDEM's U.S. Patent Applications [Serial Nos. 12/228,216 and 12/803,942], and any additional U.S. patents which KEDEM may pursue and/or secure which are directly related to the KEDEM's U.S. Patent Applications (hereinafter, collectively, 'the Kedem Patent'), including the right to make, have made, use, import, export, sell or otherwise distribute the Product, solely as defined herein, in any and all of the Consumer Channels of Distribution in the United States and its territories" during the term of the Agreement.

19.     The Agreement was for an initial term of three (3) years with automatic yearly renewals thereafter, unless the Agreement was terminated.

20.     After the execution of the Agreement, KEDEM shared with TIGA the confidential specifications of the device and the design therefor as well as a compilation of information about the Product, which were protected and confidential trade secrets of KEDEM, so that TIGA could perform under the Agreement.

21.     During the term of the Agreement, on July 9, 2012, TIGA filed an intent-to-use application with the U.S. Patent and Trademark Office for the trademark "ROLLIE" in the International Class 11 for use with the Product. A true and correct copy of U.S. Trademark Application Serial No. 85/671,508 is attached hereto as Exhibit D.

22.     In its subsequent Statement of Use, TIGA submitted to the U.S. Patent and Trademark Office, on March 6, 2013, an image of its electric 'vertical grill' egg cooker with a

4

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

"ROLLIE" trademark on the face of the product, and made the following statement under oath: "The mark was first used by applicant's related company, licensee, or predecessor in interest at least as early as 10/01/2012, and first used in commerce as early as 02/01/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a picture of Applicant's electric 'vertical grill' egg cooker." A true and correct copy of TIGA's Statement of Use is attached hereto as Exhibit E.

23.     In its Statement of Use, TIGA falsely declared under penalty of perjury that it "is the owner of the mark sought to be registered."

24.     Subsequently, TIGA admitted through correspondence of its counsel that "it is true that TIGA filed the U.S. Trademark 'ROLLIE' for use with the Product." A true and correct copy of the correspondence of Ellen Gilmore dated April 23, 2013 is attached hereto as Exhibit F.

25.     TIGA further contradicted its aforementioned Statement of Use stating that "TIGA first began having closed sales of the Product in March, 2013. Accordingly, no royalty payment due to [KEDEM] has been missed. The Agreement requires all royalty payments to be paid by the last day of the month following the sale. By the very terms of the Agreement the first royalty payment TIGA owes [KEDEM] is not required to be paid until April 30, 2013." A true and correct copy of the correspondence of Ellen Gilmore dated April 23, 2013 is attached hereto as Exhibit F.

26.     Despite the forgoing admission and the fact that Section 5.7 of the Agreement unequivocally states that "KEDEM shall own all right, title and interest to any additional trademark(s) or Trade Dress… for the Product, whether created by KEDEM or TIGA," TIGA

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

applied for the "ROLLIE" trademark in its name, declared under penalty of perjury that TIGA "is the owner of the mark sought to be registered", refuses to assign the "ROLLIE" trademark to KEDEM, and instead TIGA offered, in bad faith, to simply "make KEDEM, LLC a co-owner of the Trademark."

27.    TIGA substantially and materially failed to perform under the Agreement.

28.    Therefore, on April 12, 2013, KEDEM delivered to TIGA a notice of breach under Section 9 to the Agreement, listing all of the items with which TIGA failed to comply, and giving TIGA 60 days to cure, as per the Agreement. Moreover, KEDEM demanded that TIGA assign it the ROLLIE trademark, as required for compliance with Section 5.7 of the Agreement. A true and correct copy of the Notice is attached hereto as Exhibit G.

29.    TIGA responded by stating that it "substantially complied" with its obligations under the Agreement, brushed off its clear non-compliance by stating that they were simply "technical breaches…unintentional," and despite its contractual obligation to assign the trademark to KEDEM, offered only to make KEDEM a "co-owner" of the ROLLIE trademark.

30.    On June 10, 2013 KEDEM filed U.S. Trademark, Application Serial No. 85/955,489 for the mark "ROLLIE" for electric egg cookers, electric food cookers, electric countertop egg cookers, electric countertop food cookers, and cookery molds. A true and correct copy of U.S. Trademark Application Serial No. 85/955,489 is attached hereto as Exhibit H.

31.    Sixty (60) days after the Notice of Breach was served, on June 17, 2013, because TIGA had not cured any of the breaches delineated in the notice, KEDEM delivered to TIGA a Notice of Termination of the Agreement. A true and correct copy of the termination notice is attached hereto as Exhibit I.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com

32.     Despite the termination notice, TIGA continues to make, have made, use, sell, and offers for sale in this District and elsewhere in the United States, and imports into the United States through various channels the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark. True and correct copies of select screen shots from the internet websites www.getrollie.com and www.kalorik.com which offer the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark are attached hereto Exhibit J.

33.     As a direct and proximate result of TIGA's conduct, KEDEM has been damaged.

34.     All conditions precedent to the filing of this lawsuit have been satisfied, fulfilled or waived.

**COUNT I**
**(INFRINGEMENT OF U.S. DESIGN PATENT NO. D686,869)**

35.     KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34 as though fully set forth herein.

36.     TIGA, having notice and knowledge thereof, is and has been infringing the '869 patent either literally or under the doctrine of equivalents by making, using, offering for sale, and/or selling in the United States, or by importing into the United States, including in this Judicial District, an assembly for cooking elongated food products known as Rollie® Vertical Cooking System. True and correct copies of select screen shots from the internet websites www.getrollie.com and www.kalorik.com which offer the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark are attached hereto Exhibit J.

37.     KEDEM has never authorized or otherwise granted any right to TIGA to manufacture, use, offer for sale, sell, or otherwise distribute in the United States, or import into the United States, any assembly for cooking elongated food products under the '869 patent.

7

**COFFEY BURLINGTON**

38.     TIGA had actual notice of its infringement of the '869 patent at least as early as September 10, 2013 and, as such, TIGA's infringement of the '869 patent has been willful, wanton, and deliberate. A true and correct copy of said Notice is attached hereto as Exhibit K.

39.     TIGA will continue to infringe the '869 patent to the irreparable damage of KEDEM, unless enjoined by the Court. KEDEM has no adequate remedy at law.

WHEREFORE, Plaintiff demands judgment against TIGA for money damages to the extent of TIGA's total profits pursuant to 35 U.S.C. §289 and that said damages be trebled pursuant to 35 U.S.C. §284 based upon TIGA's deliberate, wanton, and willful infringement, costs, interest and any additional relief deemed just and appropriate, including a declaration that this case is exceptional within the meaning of 35 U.S.C. §285, based upon Defendant's deliberate, wanton, and willful infringement of the '869 patent, and that KEDEM recover its attorneys fees pursuant to 35 U.S.C. §285.

## COUNT II
### (BREACH OF CONTRACT)

40.     KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34, as though fully set forth herein.

41.     On December 16, 2011 KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" ("Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit C.

42.     KEDEM fully performed all of its obligations under the Agreement, or they have been waived or excused.

43.     TIGA, however, materially breached the Agreement for various reasons, including but not limited to: (1) failure to secure final Underwriters Laboratories Incorporated

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

("UL") listing of the Product as required by Section 4.1.3 of the Agreement; (2) failure to maintain sufficient inventory of the Product, as per Sections 2.3 and 4.1.10 of the Agreement; (3) failure to build a social media campaign as required by Section 4.1.16 of the Agreement; (4) failure to obtain KEDEM's written consent prior to manufacture, sale or other distribution of accessories, attachments or appurtenances with the Product, including a brush, skewer and packaging, as required by Section 2.1 of the Agreement; (5) failure to pay KEDEM a royalty as set forth in Sections 6 and 3 of the Agreement; (6) failure to provide a sample or sufficient specifications for quality approval by KEDEM prior to the sale, and/or use, of the Product bearing the KEDEM Trademark as required by Section 5.3.3 of the Agreement; (7) applying for and obtaining a U.S. trademark registration for "ROLLIE" for use on the Product, contrary to Section 5.7 of the Agreement; (8) failure to sell a minimum of 100,000 units of the Product during the Initial Annual Sales term, as required by Section 5.9; (9) failure to make the required royalty payment(s) to KEDEM, as per Section 6.2 of the Agreement; (10) failure to provide KEDEM with a report showing sales and calculations used to determine the royalty to be paid to KEDEM, as required by Section 6.2 of the Agreement; (11) failure to include the required patent notice on all packing and product literature for the product, as required by Section 5.4.2 of the Agreement; (12) failure to launch an infomercial campaign for the Product as required by Section 4.1.12 of the Agreement; (13) failure to send call and order counts from the answering service(s) to KEDEM at the same time they are sent to TIGA on a daily basis" as required by Section 6.2 of the Agreement.; and (14) violated Section 5.2 of the Agreement by marketing, selling, and/or distributing the Product outside of the United States of America and its territories.

44.     As a direct and proximate result of TIGA's conduct, KEDEM has been damaged.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

WHEREFORE, Plaintiff demands judgment against TIGA for money damages, costs, interest and any additional relief deemed just and appropriate.

**COUNT III**
**(FEDERAL UNFAIR COMPETITION, FALSE DESCRIPTION AND FALSE**
**DESIGNATION OF ORIGIN AS TO MARKS, 15 U.S.C. §1125(a))**

45.     KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34, as though fully set forth herein.

46.     On December 16, 2011 KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" ("Agreement").  A true and correct copy of the Agreement is attached hereto as Exhibit C.

47.     Under the terms of the Agreement, TIGA acknowledged inter alia that: "KEDEM has developed a new, unique, and patent pending Eggmaster$^{TM}$ line of cooking products"; and KEDEM is the "sole owner of the exclusive intellectual property rights in and to the Eggmaster$^{TM}$ line of cooking products."

48.     The Agreement contains a trademark license, Section 5.3, whereby KEDEM granted TIGA "the exclusive, non-transferable right, license, and privilege to advertise, use, promote, market, distribute, and sell under KEDEM's trademark…" during the term of the Agreement.

49.     Under Section 5.7 of the Agreement the parties agreed that "KEDEM shall own all right, title, and interest to any additional trademark(s) or Trade Dress… for the Product, whether created by KEDEM or TIGA".

50.     On June 17, 2013 KEDEM delivered to TIGA a Notice of Termination of the Agreement.  A true and correct copy of the termination notice is attached hereto as Exhibit I.

10

**COFFEY BURLINGTON**

51.     Upon termination of the Agreement, TIGA's right to use KEDEM's Trademarks terminated.

52.     TIGA's intentional and unlawful use in commerce of KEDEM's trademarks for the continued unauthorized sale of the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark constitutes use in commerce of a word, term, name, symbol, or device, or a combination thereof, or a false designation of origin, false or misleading description and false representation that is likely to cause confusion, reverse confusion, or to cause mistake, or to deceive as to affiliation, connection, or association of TIGA with KEDEM, or as to origin, sponsorship or approval of TIGA's commercial activities by KEDEM, or to cause reverse confusion thereof. True and correct copies of select screen shots from the internet websites www.getrollie.com and www.kalorik.com which offer the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark are attached hereto Exhibit J.

53.     TIGA's aforesaid acts and use of KEDEM's Trademarks for the continued unauthorized sale of the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark constitute unfair completion and false designation and/or false description of origin in violation of §43(a)(1)(A) of the Lanham Act, 15 U.S.C. §1125(a).

54.     TIGA's aforesaid actions have caused and will cause great and irreparable injury to KEDEM, and unless said acts are restrained by this Court, they will be continued and KEDEM will continue to suffer great and irreparable injury.

55.     KEDEM has no adequate remedy at law.

WHEREFORE, Plaintiff, KEDEM demands this Court enter judgment enjoining TIGA, its officers, employees, and agents, and all persons or entities in active concert of participation with them, from using, displaying, advertising or selling its products using the "ROLLIE" and/or

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

"EGGMASTER" Trademarks, including any mark confusingly similar to the Trademarks, and awarding Plaintiff monetary damages, costs, punitive damages and any other relief as the Court deems necessary, just and proper.

**COUNT IV**
**(COMMON LAW UNFAIR COMPETITION AND**
**TRADEMARK INFRINGEMENT)**

56.     KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34, as though fully set forth herein.

57.     On December 16, 2011 KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" ("Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit C.

58.     Under the terms of the Agreement, TIGA acknowledged *inter alia* that: "KEDEM has developed a new, unique, and patent pending Eggmaster$^{TM}$ line of cooking products"; and KEDEM is the "sole owner of the exclusive intellectual property rights in and to the Eggmaster$^{TM}$ line of cooking products."

59.     The Agreement contains a trademark license, Section 5.3, whereby KEDEM granted TIGA "the exclusive, non-transferable right, license, and privilege to advertise, use, promote, market, distribute, and sell under KEDEM's trademark…" during the term of the Agreement.

60.     Under Section 5.7 of the Agreement the parties agreed that "KEDEM shall own all right, title and interest to any additional trademark(s) or Trade Dress… for the Product, whether created by KEDEM or TIGA".

61.     During the term of the Agreement, TIGA was granted the right to use KEDEM's Trademarks on the Product, however, the KEDEM Trademarks remain owned by KEDEM.

12

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

Case 1:13-cv-24124-PAS   Document 1   Entered on FLSD Docket 11/13/2013   Page 13 of 23

62.     On June 17, 2013 KEDEM delivered to TIGA a Notice of Termination of the Agreement. A true and correct copy of the termination notice is attached hereto as Exhibit I.

63.     Upon termination of the Agreement, TIGA's right to use KEDEM's Trademarks terminated.

64.     TIGA's intentional and unlawful use in commerce of KEDEM's trademarks for the continued unauthorized sale of the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark constitute infringement, misappropriation, unfair competition, trademark infringement, palming-off, passing-off and/or reverse passing off, against KEDEM, and unjust enrichment of TIGA, all in violation of KEDEM's rights at common law and under the law of the State of Florida in accordance with Fla. Stat. §495.161. True and correct copies of select screen shots from the internet websites www.getrollie.com and www.kalorik.com which offer the Rollie® Vertical Cooking System bearing the "ROLLIE" trademark are attached hereto Exhibit J.

65.     TIGA's aforesaid acts have harmed KEDEM's reputation and severely damaged KEDEM's goodwill.

66.     TIGA's aforesaid acts have caused and will continue to cause great and irreparable injury to KEDEM, and unless said acts are restrained by this Court, they will continue and KEDEM will continue to suffer great and irreparable injury.

67.     KEDEM has no adequate remedy at law.

WHEREFORE, Plaintiff, KEDEM demands this Court enter judgment enjoining TIGA, its officers, employees, and agents, and all persons or entities in active concert of participation with them, from using, displaying, advertising or selling its products using the "ROLLIE" and/or "EGGMASTER" Trademarks, including any mark confusingly similar to the Trademarks, and

13

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE    2699 SOUTH BAYSHORE DRIVE    MIAMI, FLORIDA 33133
T: 305.858.2900    F: 305.858.5261
Email: info@coffeyburlington.com    www.coffeyburlington.com

awarding Plaintiff monetary damages, costs, punitive damages and any other relief as the Court deems necessary, just and proper.

## COUNT V
## (CIVIL LIABILITY FOR FRAUDULENT REGISTRATION PURSUANT TO 15 U.S.C. § 1120)

68.   KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34, as though fully set forth herein.

69.   On December 16, 2011 KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" ("Agreement"). A true and correct copy of the Agreement is attached as Exhibit C.

70.   Under the terms of the Agreement, TIGA acknowledges *inter alia* that: "KEDEM has developed a new, unique and patent pending Eggmaster$^{TM}$ line of cooking products"; and KEDEM is the "sole owner of the exclusive intellectual property rights in and to the Eggmaster$^{TM}$ line of cooking products."

71.   In exchange for a royalty, KEDEM granted "TIGA an exclusive license to design, manufacture, market, sell and distribute the Product, as defined herein, in all 'Consumer Channels of Distribution' in the United States of America and its territories" during the term of the Agreement.

72.   The Agreement contains a trademark license, Section 5.3, whereby KEDEM granted TIGA "the exclusive, non-transferable right, license, and privilege to advertise, use, promote, market, distribute, and sell under KEDEM's trademark…" during the term of the Agreement.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

73.     Under Section 5.7 of the Agreement, the parties agreed that "KEDEM shall own all right, title and interest to any additional trademark(s) or Trade Dress… for the Product, whether created by KEDEM or TIGA".

74.     Despite the clear language in the Agreement to the contrary, on July 9, 2012, TIGA filed Application Serial No. 85/671,508 in the U.S. Patent and Trademark Office ("USPTO") to register the trademark "ROLLIE" for use with various goods including at least one "Product" as defined in the Agreement, listing itself, rather than KEDEM, as the owner of the mark. A true and correct copy of U.S. Trademark Application Serial No. 85/671,508 is attached hereto as Exhibit D.

75.     In its subsequent Statement of Use, TIGA submitted to the U.S. Patent and Trademark Office, on March 6, 2013, an image of its electric 'vertical grill' egg cooker with a "ROLLIE" trademark on the face of the product, and with the following statement: "The mark was first used by applicant's related company, licensee, or predecessor in interest at least as early as 10/01/2012, and first used in commerce as early as 02/01/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a picture of Applicant's electric 'vertical grill' egg cooker." A true and correct copy of TIGA's Statement of Use is attached hereto as Exhibit E.

76.     In its Statement of Use, TIGA declared under penalty of perjury that it "is the owner of the mark sought to be registered."

77.     Subsequently, TIGA admitted through correspondence of its counsel that "it is true that TIGA filed the US Trademark "ROLLIE" for use with the Product." A true and correct

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

copy of the correspondence of Ellen Gilmore dated April 23, 2013 is attached hereto as Exhibit F.

78.     Upon information and belief, the aforementioned representations were material to the USPTO application.

79.     The aforementioned representations were absolutely false, as KEDEM, not TIGA, was and remains "the owner of the mark sought to be registered."

80.     The aforementioned representations were absolutely false because "TIGA first began having closed sales of the Product in March, 2013." A true and correct copy of the correspondence of Ellen Gilmore dated April 23, 2013 is attached hereto as Exhibit F.

81.     Defendant had knowledge that these representations were false at the time the statements were made.

82.     Defendant made these false statements with the intent of inducing the USPTO to issue the trademark registration for "ROLLIE", which it ultimately did, as U.S. Trademark Registration No. 4,351,565. A true and correct copy of U.S. Trademark Registration No. 4,351,565 is attached hereto as Exhibit L.

83.     Moreover, at the time of filing the "ROLLIE" trademark application, TIGA knew that KEDEM had the sole right to file an application to register the trademark "ROLLIE" for its use in connection with the Product.

84.     Plaintiff was damaged as a proximate cause resulting from the USPTO's reliance on TIGA's false statements and issuance of U.S. Trademark Registration No. 4,351,565 to TIGA.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T:  305.858.2900   F:  305.858.5261
Email:  info@coffeyburlington.com   www.coffeyburlington.com

WHEREFORE, Plaintiff demands judgment against TIGA for money damages, costs, interest, cancellation of the mark from the federal registry, and any additional relief deemed just and appropriate.

**COUNT VI**
**(CANCELLATION OF DEFENDANT'S**
**TRADEMARK REGISTRATION NO. 4351565)**

85.     KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34, as though fully set forth herein.

86.     On December 16, 2011 KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" ("Agreement"). A true and correct copy of the Agreement is attached as Exhibit C.

87.     Under the terms of the Agreement, TIGA acknowledges *inter alia* that: "KEDEM has developed a new, unique and patent pending Eggmaster$^{TM}$ line of cooking products"; and KEDEM is the "sole owner of the exclusive intellectual property rights in and to the Eggmaster$^{TM}$ line of cooking products."

88.     In exchange for a royalty under the terms of the Agreement, KEDEM granted "TIGA an exclusive license to design, manufacture, market, sell and distribute the Product, as defined herein, in all 'Consumer Channels of Distribution' in the United States of America and its territories" during the term of the Agreement.

89.     The Agreement contains a trademark license, Section 5.3, whereby KEDEM grants TIGA "the exclusive, non-transferable right, license, and privilege to advertise, use, promote, market, distribute, and sell under KEDEM's trademark…" during the term of the Agreement.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

90.     Under Section 5.7 of the Agreement the parties agreed that "KEDEM shall own all right, title and interest to any additional trademark(s) or Trade Dress… for the Product, whether created by KEDEM or TIGA".

91.     Despite the clear language in the Agreement to the contrary, on July 9, 2012, TIGA filed Application Serial No. 85/671,508 in the U.S. Patent and Trademark Office ("USPTO") to register the trademark "ROLLIE" for use with various goods including at least one "Product" as defined in the Agreement, listing itself, rather than KEDEM, as the owner of the mark. A true and correct copy of U.S. Trademark Application Serial No. 85/671,508 is attached hereto as Exhibit D.

92.     In its subsequent Statement of Use, TIGA submitted to the U.S. Patent and Trademark Office, on March 6, 2013, an image of its electric 'vertical grill' egg cooker with a "ROLLIE" trademark on the face of the product, and with the following statement: "The mark was first used by applicant's related company, licensee, or predecessor in interest at least as early as 10/01/2012, and first used in commerce as early as 02/01/2013, and is now in use in such commerce. The applicant is submitting one specimen for the class showing the mark as used in commerce on or in connection with any item in the class, consisting of a picture of Applicant's electric 'vertical grill' egg cooker." A true and correct copy of TIGA's Statement of Use is attached hereto as Exhibit E.

93.     In its Statement of Use, TIGA declared under penalty of perjury that it "is the owner of the mark sought to be registered."

94.     Subsequently, TIGA admitted through correspondence of its counsel that "it is true that TIGA filed the US Trademark "ROLLIE" for use with the Product." A true and correct

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

copy of the correspondence of Ellen Gilmore dated April 23, 2013 is attached hereto as Exhibit F.

95.     Upon information and belief, the aforementioned representations were material to the USPTO application.

96.     The aforementioned representations were absolutely false, as under the clear terms of the Agreement, KEDEM, not TIGA, was and remains "the owner of the mark sought to be registered."

97.     The aforementioned representations were absolutely false because "TIGA first began having closed sales of the Product in March, 2013." A true and correct copy of the correspondence of Ellen Gilmore dated April 23, 2013 is attached hereto as Exhibit F.

98.     Because Defendant had knowledge that these representations were false at the time the statements were made, the registration must be cancelled.

99.     Defendant made these false statements with the intent of inducing the USPTO to issue the trademark registration for "ROLLIE", which it ultimately did, as U.S. Trademark Registration No. 4,351,565. A true and correct copy of U.S. Trademark Registration No. 4,351,565 is attached hereto as Exhibit L.

100.    Moreover, at the time of filing the "ROLLIE" trademark application, TIGA knew that KEDEM had the sole right to file an application to register the trademark "ROLLIE" for its use in connection with the Product.

101.    Plaintiff was damaged as a proximate cause resulting from the USPTO's reliance on TIGA's false statements and issuance of U.S. Trademark Registration No. 4,351,565 to TIGA.

19

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

WHEREFORE, Plaintiff demands that the Court enter a judgment ordering that TIGA's U.S. Trademark Registration No. 4,351,565 for "ROLLIE," be cancelled forthwith and any additional relief deemed just and appropriate by the Court.

## COUNT VII
## (MISAPPROPRIATION OF TRADE SECRETS
## UNDER FLORIDA STATUTES §§ 688.001 *et. seq.*)

102.    KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34, as though fully set forth herein.

103.    On December 16, 2011 KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" ("Agreement"). A true and correct copy of the Agreement is attached hereto as Exhibit C.

104.    Under the terms of the Agreement, TIGA acknowledges inter alia that: "KEDEM has developed a new, unique and patent pending EggmasterTM line of cooking products"; and KEDEM is the "sole owner of the exclusive intellectual property rights in and to the EggmasterTM line of cooking products."

105.    In exchange for a royalty, KEDEM granted "TIGA an exclusive license to design, manufacture, market, sell and distribute the Product, as defined herein, in all 'Consumer Channels of Distribution' in the United States of America and its territories" during the term of the Agreement.

106.    After the Agreement was executed, KEDEM shared with TIGA the confidential specifications of the device it had researched and developed and the design therefor as well as a compilation of information about the Product, which were protected and kept confidentially by KEDEM.  These specifications and design information were trade secrets, as defined in Fla. Stat. § 688.002(4) in that they derived independent economic value from not being generally known

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

to, and not being readily ascertainable by proper means by other persons who can obtain economic value from their disclosure or use.

107.   KEDEM exercised reasonable efforts to maintain the secrecy of the trade secrets described above.

108.   Once the Agreement was terminated by KEDEM on June 17, 2013, TIGA no longer had express or implied permission or consent to use KEDEM's trade secrets, as described above. Still, TIGA continues to utilize KEDEM's trade secrets without its express or implied consent.

109.   TIGA has been unjustly enriched by their misappropriation of KEDEM's trade secrets.

110.   TIGA's misappropriation of KEDEM's trade secrets is actual and ongoing.  As a result thereof, KEDEM has suffered and will continue to suffer irreparable injury and is entitled to issuance of injunctive relief.

111.   TIGA's improper misappropriation of KEDEM's trade secrets has caused KEDEM to suffer monetary damages.

WHEREFORE, Plaintiff prays for judgment TIGA for injunctive relief, compensatory damages, pre- and post-judgment interest and for such other relief as the Court deems just and proper.

## COUNT VIII
## (BREACH OF COMPENSATION AGREEMENT)

112.   KEDEM realleges and incorporates by reference the allegations of paragraphs 1 through 34, as though fully set forth herein.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T:  305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

113.   On December 16, 2011 KEDEM entered into an exclusive license agreement with Defendant TIGA, titled "Manufacture, Marketing and Distribution License Agreement" ("Agreement"). A true and correct copy of the Agreement is attached as Exhibit C.

114.   Pursuant to Section 2.2 of the Agreement, TIGA had responsibility for "initiating and implementing the design, development, prototyping, manufacture, packaging, procurement, shipment, storage, marketing, sale, and distribution of the Product, and for any and all costs, fees, and expenses incurred or otherwise associated therewith . . . ."

115.   Pursuant to Section 4.1.4, TIGA bore responsibility "for procuring first draft samples and final quality control samples for pre-production . . . and for any and all costs, fees, and expenses incurred or otherwise associated therewith."

116.   Pursuant to Section 4.1.5, TIGA also had responsibility "for procuring first draft samples and final quality control samples for post-production . . . and for any and all costs, fees, and expenses incurred or otherwise associated therewith."

117.   Pursuant to Section 4.1.6, TIGA had responsibility "for the final design, manufacture, and assembly of the Product, including the procurement of any and all components required to manufacture the Product in accordance with the approved specifications, and for any and all costs, fees, and expense incurred or otherwise associated therewith."

118.   TIGA failed to meet these responsibilities.

119.   Due to growing concerns about TIGA's ability to timely meet its obligations under the Agreement, KEDEM's principal agreed to provide services to TIGA to design, develop and implement the manufacture of the prototypes and, ultimately, the Product.

120.   TIGA agreed to compensate KEDEM for such services.

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T: 305.858.2900   F: 305.858.5261
Email: info@coffeyburlington.com   www.coffeyburlington.com

121.   TIGA breached this agreement to compensate KEDEM for its services, which breach caused KEDEM damages in an amount to be determined at trial.

WHEREFORE, Plaintiff demands judgment against TIGA for money damages, costs, interest and any additional relief deemed just and appropriate.

### JURY DEMAND

Plaintiff requests a trial by jury on all issues so triable.

Respectfully submitted,

COFFEY BURLINGTON, P.L.
*Counsel for Plaintiff*
2699 South Bayshore Drive, Penthouse
Miami, Florida  33133
Tel:  305-858-2900
Fax:  305-858-5261

By: /s/ Susan E. Raffanello
     Susan E. Raffanello – FBN  676446
     sraffanello@coffeyburlington.com
     Lmaclaren@coffeyburlington.com
     service@coffeyburlington.com

COFFEY BURLINGTON

OFFICE IN THE GROVE, PENTHOUSE   2699 SOUTH BAYSHORE DRIVE   MIAMI, FLORIDA 33133
T:  305.858.2900    F:  305.858.5261
Email:  info@coffeyburlington.com    www.coffeyburlington.com